UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

HAJIE JAITEH,

Petitioner,

-v-

Acting Field Office Director of New York ICE Enforcement and Removal Operations, et al.,

Respondents.

---------------------------------------X

26cv8263 (DLC)

ORDER

DENISE COTE, District Judge:

Having received Haije Jaiteh's September 22, 2026 emergency petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"), it is hereby

ORDERED that counsel for all parties shall appear for a conference **at 11:00 a.m. on September 25, 2026** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
September 23, 2026

DENISE COTE
United States District Judge